**SO ORDERED.**

Dated: March 05, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-51077

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-31706-RTB |
| Victoria Theresa Melendez, | Chapter 7 |
| Debtor. | ORDER |
| Chase Home Finance LLC, | |
| Movant, | (Related to Docket #8) |
| vs. | |
| Victoria Theresa Melendez, Debtor, Lothar Goernitz, Trustee, | |
| Respondents. | |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 22, 2005 and recorded in the office of the Maricopa County Recorder wherein Chase Home Finance LLC is the current beneficiary and Victoria Theresa Melendez has an interest in, further described as:

> LOT 40, OF RIDGEWOOD BY SHEA HOMES, ACCORDING TO BOOK 359 OF MAPS, PAGE 44 AND CERTIFICATE OF CORRECTION RECORDED JUNE 28, 1993, IN 93-414716 AND RECORDED IN 94-568546 RECORDS OF MARICOPA OF MARICOPA COUNTY, ARIZONA.
> A.P.N.#: 302-19-054 4

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT